| United States Bankruptcy Court<br>Western District of Louisiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vanguard Synfuels LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>27-0060868 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**429 Murray Street**<br>**Suite 700**<br>**Alexandria, LA**     ZIP Code **71301** | Street Address of Joint Debtor (No. and Street, City, and State):<br>    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Rapides** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **737 Abe Hall Road**<br>**Pollock, LA 71467** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Vanguard Synfuels LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - **None** - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**Consolidated Energy Holdings, LLC** | Case Number: | Date Filed: |
|---|---|---|
| District:<br>**WDLA** | Relationship:<br>**Parent** | Judge:<br>**Hunter** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

■ Yes, and Exhibit C is attached and made a part of this petition.
☐ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

<mark>2/20/15 3:09PM</mark>

B1 (Official Form 1)(04/13) — Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Vanguard Synfuels LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X *[signature]*
Signature of Attorney for Debtor(s)
**William S. Robbins 24627**
Printed Name of Attorney for Debtor(s)
**Stewart Robbins & Brown, LLC**
Firm Name
**620 Florida Street, Suite 100**
**Post Office Box 2348**
**Baton Rouge, LA 70821**
Address

**(225) 231-9998  Fax: (225) 709-9467**
Telephone Number
**February 20, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual
**Darrell Dubroc**
Printed Name of Authorized Individual
**Manager**
Title of Authorized Individual
**February 20, 2015**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

<mark>15-80200 - #1  File 02/23/15  Enter 02/23/15 13:49:26  Main Document  Pg 3 of 16</mark>

Form B1, Exhibit C
(9/01)

# United States Bankruptcy Court
## Western District of Louisiana

In re  **Vanguard Synfuels LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

> 1. Methanol - highly flammable- used in biodiesel process- stored in various tanks and process vessels; 2. Sodium Methylate - 30% Methanol (same as above) stored in tanks and process vessels; 3.Hydrochloric acid - used in pretreatment process, corrosive and will burn skin if touched stored in 250 gallon totes; 4. Sulfuric acid- (same as above); 5. Glycol - antifreeze used in biodiesel chilling process, stored in drums; 6. Magnesol - dry powder used in filtering process- stored in 50# sacks in warehouse; 7. Rice Hull Ash- dry carbon filtering material stored in 1000# super sacks in warehouse; 8. Oil, grease and various solvents in maintenance shop- various containers and cans; 9. Paint- aerosol cans and gallons; 10. Diesel fuel & gasoline in containers for equipment; 11. Biodiesel- biodegradable stored in tanks and various totes; 12. Glycerin- stored in tanks and totes; 13. Waste Oil - stored in tanks and totes; 14. Feedstock (Used cooking oil, tallow, yellow grease stored in tanks, totes and process vessels); 15. AFFF - fire retardant foam used to fight chemical fires - stored in drums in warehouse.

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

> None of these products in their current storage state pose a risk to public health unless a tank ruptures or an explosion/fire were to take place. Even then, the site has containment and permitted water treatment ponds that should prevent materials from leaving the site and that could be cleaned up.

Attorney General of the USA
Department of Justice
10th & Constitution Ave., NW
Washington, DC 20530


David Kearns
Tax Division USDOJ
PO Box 14198 Ben Franklin Statio
Washington, DC 20530


General Counsel's Office
Internal Revenue Service
600 S. Maestri Place, Ste 947
New Orleans, LA 70130


Internal Revenue Service*
Box 7346
Philadelphia, PA 19101-7346


Accutest Lafayette Laboratory
500 Ambassador Caffery Parkway
Scott, LA 70583


Agri Trading
NW 8462
P.O. Box 1450
Minneapolis, MN 55485-8462


Agri Trading
340 Michigan St SE
P.O. Box 609
Hutchinson, MN 55350


Agrilectric Research Company
Corporate Office
P.O. Box 3716
Lake Charles, LA 70602

```
Agrilectric Research Company, LLC
P.O. Box 788
Baton Rouge, LA 70821-0788


Akash Energy, Inc.
2111 Canat St., Suite 206
Houston, TX 77003


Alexandria Louisiana
Utility Customer Service
P.O. Box 8618
Alexandria, LA 71306


Alexandria Tower, LLC
429 Murray St.
Alexandria, LA 71301


API Heat Transfer
2777 Walden Ave.
Buffalo, NY 14225


API Heat Transfer, Inc.
P.O. Box 347029
Pittsburgh, PA 15251


Arthur J. Gallagher
700 W. Prien Lake Rd.
Lake Charles, LA 70601


AT & T
P.O. Box 6463
Carol Stream, IL 60197-6463


Bank of Oklahoma
Cyndi Wilkinson - Trustee
One Williams Center
Tulsa, OK 74172
```

Bank of Oklahoma
P.O. Box 2300
Tulsa, OK 74192


Bank of Oklahoma
P.O. Box 1270
Tulsa, OK 74101-1270


Bank of Winnfield
P.O. Box 350
Winnfield, LA 71483


Bernard S. Johnson
Cook, Yancey, King & Galloway APLC
333 Texas St Suite 1700
Shreveport, LA 71120


BOK Financial
P.O. Box 2300
Tulsa, OK 74192


Brad Dell
Gold, Weems, Bruser, Sues & Rundell
P.O. Box 6118
Alexandria, LA 71307-6118


Carter Brothers Fabrications
511 Fisherman Wharf Road
Converse, LA 71419


Cenla Environmental
3609 Mac Lee Dr.
Alexandria, LA 71302


Chempoint
13727 Collection Center Dr.
Chicago, IL 60693

City of Alexandria
P.O. Box 1925
Lake Charles, LA 70602


City of Alexandria
City of Alexandria
P.O. Box 1925
Lake Charles, LA 70602


City of Alexandria
Property Taxes
P.O. Box 71
Alexandria, LA 71309


Cleco
P.O. Box 69000
Alexandria, LA 71306


Cleco Power LLC
P.O. Box 660228
Dallas, TX 75266-0228


Coburn's
1980 Monroe Hwy. (Hwy. 165)
Pineville, LA 71360


Coburn's Supply Company, Inc.
P. O. Box 99001
Denham Springs, LA 70727-9001


Craig C. Daniel
Axcel Law Partners LLP
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111


CT Corporation
Madison Corporate Service Center
8040 Excelsior Dr., Suite 200
Madison, WI 53717

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


Curtis R. Shelton
Ayres, Warren, Shelton & Williams, LLC
333 Texas Street, 14th Fl Regions Tower
Shreveport, LA 71101


Darrell Dubroc
1929 Hwy 1
Marksville, LA 71351


Dean Tyler
203 Fadler Lane
Deville, LA 71328


EcoEngineers LLC
300 East Locust St., Suite 313
Des Moines, IA 50309


ENLINK Crosstex Gulf Coast Marketing Ltd
2501 Cedar Springs, Suite 100
Dallas, TX 75201


First South Farm Credit, ACA
2308 S. MacArthur Dr.
Marksville, LA 71351


Gary McKenzie
Steffes, Vingiello & McKenzier, L.L.C.
13702 Coursey Blvd., Suite 3
Baton Rouge, LA 70817


Gavilon
Eleven ConAgra Drive, Suite 11-160
Omaha, NE 68102

Glenn Davis
313 Mandeville Rd.
Pineville, LA 71360


Gold, Weems, Bruser, Sues & Rundell
2001 MacArthur Dr.
Alexandria, LA 71301


Grant Eastern Constructors
P.O. Box 156
Bentley, LA 71407


Grant Parish Tax Collector
P.O. Box 187
205 Cypress St.
Colfax, LA 71417


Hayes Manufacturing Co., Inc.
106 Pelican Dr.
P.O. Box 3309
Pineville, LA 71361-3309


I Q Energy
14918 Corbin Bridge Lane
Sugar Land, TX 77498


Jimmy Carter
511 Fisherman's Wharf Rd.
Converse, LA 71419


John C. Geiger
3318 Halsey St
Alexandria, LA 71301-3909


John Deere & Company
P. O. Box 650215
Dallas, TX 75265-0215

John Deere Financial
P.O. Box 5327
Madison, WI 53791-9044



Karen Guillory
429 Murray St., Suite 700
Alexandria, LA 71301



LA Department of Environmental Quality
Finance Srvc. Div.
P.O. Box 4311
Baton Rouge, LA 70821-4311



LabCal Repair & Services, Inc.
P.O. Box 1426
Kemah, TX 77565



Lemoine Consulting Services, LLC
310 Lake Falls Circle
Pineville, LA 71360



Martin's Energy Services LLC
formerly Talen's Marine & Fuel LLC
P.O. Box 95363
Grapevine, TX 76099-9733



Menlo Capital Group LLC
555 California Street, Floor 46
San Francisco, CA 94104



Meter Check Measurement Service
Dept. No. 58
P.O. Box 21228
Tulsa, OK 74121-1228



Mickey Hawkins
3128 Hwy. 9
Saline, LA 71070

Paul Talbot
15012 Copping Dr.
Baton Rouge, LA 70810


Phelps Dunbar
P.O. Box 4412
Baton Rouge, LA 70821-4412


Phelps Dunbar
P.O. Box 974798
Dallas, TX 75397-4798


Port of Alexandria
600 Port Rd.
Alexandria, LA 71303


Providence Enigneering & Environmental
1201 Main St.
Baton Rouge, LA 70802


QBE Specialty Insurance Co
C/O Sean Mount
Post Office Box 8288
Metairie, LA 70011-8288


Rapides Parish Sheriff's Office
P.O. Box 1590
Alexandria, LA 71309


Rapides Porta-John
P.O. Box 7296
Alexandria, LA 71306


Red Ball Oxygen
P.O. Box 7316
Shreveport, LA 71137-7316

Rexel
P.O. Box 844519
Dallas, TX 75284-4519


Rickey Coleman
429 Murray St., Suite 700
Alexandria, LA 71301


Sams Air Conditioning Maintenance Svcs.
P.O. Box 5376
Alexandria, LA 71307-5376


Sequoia Investments
Attn: David Elgert
3405 Chartley Lane NE
Roswell, GA 30075


Shane Descant
108 Great Ridge Circle
Alexandria, LA 71301


Steve Templin
150 Kincaid Lane
Boyce, LA 71409


Steve Wheelis
Post Office Box 13199
Alexandria, LA 71315-3199


Steven McCain, Grant Parish Sheriff
c/o Scott Prudhomme
457 Second Street
Colfax, LA 71417


Superior Transport
P.O. Box 161279
Fort Worth, TX 76161

Talen's Marine & Fuel, LLC
P.O. Box 899
Jennings, LA 70546


Templin Forestry, Inc.
P.O. Box 8170
Alexandria, LA 71306


The Rental Company of Cenla
820 Dallas Ave.
Alexandria, LA 71302


Union Bank
c/o Darrel Ryland
115 W. Mark Street
Marksville, LA 71351


Union Bank
305 Main Street
P.O. Box 39
Marksville, LA 71351


Union Bank
305 Main St.
P.O. Box 39
Marksville, LA 71351


Union Bank
1110 Shirley Rd.
Bunkie, LA 71322


Wastewater Specialties, Inc.
2205 Industrial Dr.
Sulphur, LA 70665


William Bill Wieger
112 Gayven Dr.
Ball, LA 71405

William E. Hughes, Jr., CPA
1815-B Military Hwy.
Pineville, LA 71360


William Ingram
684 Maxwell Dr.
Jonesboro, LA 71251

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Vanguard Synfuels LLC**                                    Case No.
                          Debtor(s)                                  Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 23, 2015**                    _/s/ Darrell Dubroc_
                                                 **Darrell Dubroc/Manager**
                                                 Signer/Title   manager